In the Matter of HENRY G. BACON, Appellant, against GEORGE J. GILLESPIE et al., as Commissioners of the Board of Water Supply of the City of New York, et al., Respondents.

Argued April 7, 1943; decided May 27, 1943.

*Henry Grantham Bacon* appellant, in person.

*Thomas D. Thacher, Corporation Counsel* (*Charles F. Murphy, Paxton Blair* and *Henry J. Shields* of counsel), for respondents.

Order affirmed without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.